**KELSEY M. HENDRICKS**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**James F. Battin U.S. Courthouse**
**2601 Second Avenue North, Suite 3200**
**Billings, MT 59101**
**Phone: (406) 247-4633**
**FAX: (406) 657 6989**
**Email: Kelsey.Hendricks@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

FILED

MAY 21 2026

Clerk, US District Court
District of Montana - Billings

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> **Plaintiff,** <br><br> vs. <br><br> **VYDALE PAUL NOT AFRAID,** <br><br> **Defendant.** | CR 26- 56 -BLG- SPW <br><br> **INDICTMENT** <br><br> **ABUSIVE SEXUAL CONTACT OF A CHILD** <br> Title 18 U.S.C. §§ 1153(a), 2244(a)(5) <br> **(Penalty: Life imprisonment, $250,000 fine, and not less than five years to lifetime supervised release)** |

THE GRAND JURY CHARGES:

That beginning in or about 2015 and continuing to in or about 2020, at Fort Smith, in Big Horn County, in the State and District of Montana, and within the exterior boundaries of the Crow Indian Reservation, being Indian Country, the Defendant, VYDALE PAUL NOT AFRAID, an Indian person, knowingly caused

1

Jane Doe, an individual who had not attained the age of 12 years old, to engage in

sexual contact, in violation of 18 U.S.C. §§ 1153(a) and 2244(a)(5).

A TRUE BILL.

Foreperson signature redacted.  Original
document filed under seal.

FOREPERSON

TIMOTHY J. RACICOT
Acting United States Attorney

(For) CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney

2